FILED
DEC 10 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 15-00564-VC |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATED ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JOHNNY JEROME BOWIE | ) | |
| Defendant. | ) | |

This Amended Stipulated Order Excluding Time Under the Speedy Trial Act is entered to correct an error with respect to the dates on the previously entered Stipulated Order Extending Time Under the Speedy Trial Act (ECF No. 15, Dec. 2, 2015).

For the reasons stated by the parties on the record on December 2, 2015, the Court excludes time under the Speedy Trial Act from December 2, 2015 to December 10, 2015 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

__x__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Further, defendant waives the time limits prescribed in Fed. R. Crim. P. 5.1 for preliminary hearing, which is set for December 10, 2015 at 10:30 a.m, and the Court extends that deadline for good cause.

**IT IS SO ORDERED.**

DATED: 12-10-2015

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _____       _____
              Attorney for Defendant            Assistant United States Attorney